# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan Khalsa

United States Magistrate Judge

Clerk's Minutes – Initial/Preliminary Revocation/Detention

| Date: | 3/15/2016 | Case Number: | 16-811 JH | |
|---|---|---|---|---|
| Case Title: USA v. | Juan Manuel Armenta-Rodriguez | Liberty: | Gila @ | 9:42 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 7mins | |
| Probation/Pretrial: | Anthony Galaz | Interpreter: | H. Orive | |

ATTORNEYS PRESENT:

| Plaintiff: | Jonathen Gerson | Defendant: | Ben Wilson |
|---|---|---|---|

PROCEEDINGS:

- ☐ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☒ Defendant waives preliminary hearing
- ☒ Court finds probable cause
- ☒ Government moves to detain
- ☒ Defendant waives detention hearing
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☒ Matter referred to Judge Herrera for final disposition
- ☐ Other: