IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

          Plaintiff,

v.                                       Case No. 16-CR-811-JCH

JUAN ARMENTA-RODRIGUEZ,

          Defendant.

**DEFENDANT'S FIRST UNOPPOSED MOTION TO
CONTINUE THE FINAL HEARING REGARDING
REVOCATION OF SUPERVISED RELEASE**

COMES NOW the defendant, Juan Armenta-Rodriguez, through counsel Benjamin C. Wilson, and hereby respectfully requests that the Court continue the Final Hearing Regarding Revocation of Supervised Release in this matter, which is currently set for April 7, 2016 at 9:30 a.m., for a period of approximately thirty (30) days.  In support of this motion, defense counsel submits the following:

1.      Mr. Armenta-Rodriguez is facing a hearing for violating the terms of his supervised release in a case which has been transferred to New Mexico from El Paso, Texas.  Mr. Armenta-Rodriguez also pled guilty to one count of Illegal Re-entry of a Removed Alien on February 22, 2016 in Case No. 16-CR-622-JCH.  The pre-sentence report in that case was disclosed on March 4, 2016, and computes Mr. Armenta-Rodriguez's guideline range as 6 – 12 months.  His guideline range for the violation of supervised release is 8 – 14 months.

2.      Defense Counsel is requesting additional time to collect background

information relating to issues in this case which are relevant to Mr.

Armenta-Rodriguez's revocation hearing.

3.      Defense counsel is also requesting a continuance to arrange for an

additional meeting with the defendant at the Torrance County Detention

Center, in order to fully prepare for the sentencing hearing.

4.      Counsel for the Government, AUSA Paul H. Speirs, was contacted on

March 25, 2016, regarding the contents of this motion, and is not opposed

to the relief requested herein.

5.      Mr. Armenta-Rodriguez is currently in custody, and is not opposed to this

motion to continue.

6.      Defense counsel believes that the interest of justice would be served by the

granting of a thirty (30) day continuance of the revocation hearing.

WHEREFORE, for the reasons stated above, defense counsel respectfully

requests that the Court continue the final hearing regarding revocation of supervised

release in this matter for a period of approximately thirty (30) days.


Respectfully Submitted,


_____*signed*_____
Benjamin C. Wilson
Attorney for Juan Armenta-Rodriguez
1412 Lomas Blvd. NW
Albuquerque, NM 87104
(505) 765-5300 telephone
(505) 765-9030 facsimile


2

**I HEREBY CERTIFY** that on March 31, 2016, I filed the
foregoing electronically through the CM/ECF system,
which caused the following parties or counsel to be
served by electronic means, as more fully reflected
in The Notice of Electronic Filing:

Paul H. Spiers, AUSA
201 3rd Street NW #900
Albuquerque, NM 87103-0607
Fax: 346-7296


_____*signed*_____
Benjamin C. Wilson